RECEIVED

NOV - 6 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIEMENS FINANCIAL SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALAMEDA COUNTY MEDICAL CENTER, <br><br> Defendant. | Case No. C 09-05110 EMC <br><br> (Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* <br><br> Honorable Edward M. Chen |

Arlene N. Gelman, of the law firm of Vedder Price P.C., whose business address and telephone number is 222 North LaSalle Street, Suite 2600, Chicago, Illinois 60601, telephone: (312) 609-7500 and who is an active member in good standing of the bar of the United States District Court for the Northern District of Illinois and Supreme Court of Illinois, having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Plaintiff Siemens Financial Services, Inc.;

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 11/17/09

United States D[istrict Judge]
Edward M. Chen

IT IS SO ORDERED

Judge Edward M. Chen

(PROPOSED) ORDER GRANTING
APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE

- 2 -