James B. Wright (SBN 063241)
Buchalter Nemer, A Professional Corporation
333 Market Street, 25th Floor
San Francisco, California 94105-2126
Tel: (415) 227-3505
Fax: (415) 227-3524
jwright@buchalter.com

Arlene N. Gelman (pro hac vice)
Chad A. Schiefelbein (pro hac vice)
William W. Thorsness (pro hac vice)
Vedder Price P.C.
222 North LaSalle Street, Suite 2600
Chicago, Illinois 60601
(312) 609-7500
agelman@vedderprice.com

Mary Ellyn Gormley (SBN 154327)
General Counsel
Alameda County Medical Center
1221 Oak Street, Suite 450
Oakland, CA 94612
(510) 272-6700

Attorneys for Plaintiff
SIEMENS FINANCIAL SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIEMENS FINANCIAL SERVICES, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALAMEDA COUNTY MEDICAL CENTER, a California hospital authority,<br><br>Defendant. | Case No. C 09-05110 EMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO STAY ACTION FOR EARLY NEUTRAL EVALUATION**<br><br>Honorable Edward M. Chen |

WHEREFORE, counsel for the parties have met in good faith meetings in an attempt to narrow or resolve the issues in this lawsuit, and both sides feel that there is sufficient commonality to justify asking the Court for a brief stay of this lawsuit in the context of an Early

Neutral Evaluation ("ENE"), in the hope that the parties may be able to compromise their differences without further litigation in these proceedings.

NOW, WHEREFORE, the parties by their counsel hereby stipulate and request that the Court order that this matter shall be referred for ENE and stayed as follows:

1. The parties agree to engage in ENE through a private, mutually agreeable mediator;

2. The parties stipulate to stay the entire case for 90 days, including, but not limited to:

   a. Plaintiff's Opposition to defendant's motion to dismiss, which is presently due to be filed and served on January 13, 2010,

   b. The parties' Rule 26(f) Reports and initial disclosures, which are presently due to be filed and served on January 27, 2010, and

   c. The February 3, 2010 case management conference and the hearing on defendant's motion to dismiss.

3. The parties agree informally to exchange documents necessary to evaluate their respective positions and complete the Early Neutral Evaluation; and

4. The parties further agree that this Stipulation is without prejudice to further extensions or stays in the event they are necessary to allow the parties to explore amicable resolution more fully.

**IT IS SO STIPULATED:**

DATED: January 11, 2010

BUCHALTER NEMER
A Professional Corporation

By: _____
James B. Wright
Attorneys for Plaintiff
SIEMENS FINANCIAL SERVICES, INC.

Alameda County Medical Center

By: _____
Mary Ellyn Gormley, Esq.

**[PROPOSED] ORDER**

IT IS SO ORDERED.

The Court hereby orders the case management conference, presently scheduled for February 3, 2010, continued to __5/26__, 2010 at 9:00 a.m. on its calendar. A joint cmc statement shall be filed by 5/19/10. Defendant's motion to dismiss set for 2/3/10 is hereby vacated.

DATED: January __12__, 2010

_____
Magistrate Judge Edward M. Chen



BN 5071962v1