James B. Wright (SBN 063241)
Buchalter Nemer, A Professional Corporation
333 Market Street, 25th Floor
San Francisco, California 94105-2126
Tel: (415) 227-3505
Fax: (415) 227-3524
jwright@buchalter.com

Arlene N. Gelman (pro hac vice)
Chad A. Schiefelbein (pro hac vice)
William W. Thorsness (pro hac vice)
Vedder Price P.C.
222 North LaSalle Street, Suite 2600
Chicago, Illinois 60601
(312) 609-7500
agelman@vedderprice.com
cschiefelbein@vedderprice.com
wthorsness@vedderprice.com

Attorneys for Plaintiff
SIEMENS FINANCIAL SERVICES, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIEMENS FINANCIAL SERVICES, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALAMEDA COUNTY MEDICAL CENTER, a California hospital authority,<br><br>Defendant. | Case No. C 09-05110 EMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO MOVE CASE MANAGEMENT CONFERENCE**<br><br>Honorable Edward M. Chen |

WHEREAS, the parties have agreed to mediate their disputes, but the mediator just received a package of materials on April 14, 2010, and the mediator's office advises that he is not available to hold a mediation session until May 2010;

WHEREAS, the parties last day to meet and confer prior to the May 26, 2010 case management conference is May 5, and the joint CMC statement is due to be filed on May 19, 2010.

1  NOW, THEREFORE, the parties by their counsel hereby request that the Court continue the CMC to a date 60 days after the currently scheduled May 26, 2010 CMC, so that they may engage in mediation and hopefully resolve their differences.

IT IS SO STIPULATED:

Dated: DATED: April 15, 2010            BUCHALTER NEMER,
                                         A Professional Corporation

                                         By: /s/ James B. Wright
                                             James B. Wright
                                             Attorneys for Plaintiff
                                             SIEMENS FINANCIAL SERVICES, INC.

                                         Alameda County Medical Center

                                         By: /s/ Mary Ellyn Gormley
                                             Mary Ellyn Gormley, Esq.

[PROPOSED] ORDER

IT IS SO ORDERED.

Having considered the foregoing Stipulation of the parties and good cause appearing, the Court hereby reschedules the May 26, 2010 case management conference to __7/28/10 at 1:30 p.m.__

DATED: April 30, 2010
                                         _____
                                         Magistrate Judge Edward M. Chen

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

BN 5885742v1                                  2
JOINT STIPULATION AND [PROPOSED] ORDER -- Case No. C 09-05110 EMC