BUCHALTER NEMER, A PROFESSIONAL CORPORATION
JAMES B. WRIGHT (SBN 063241)
333 Market Street, 25th Floor
San Francisco, California 94105-2126
Tel: (415) 227-3505
Fax: (415) 227-3524
jwright@buchalter.com

Arlene N. Gelman (pro hac vice)
Chad A. Schiefelbein (pro hac vice)
William W. Thorsness (pro hac vice)
Vedder Price P.C.
222 North LaSalle Street, Suite 2600
Chicago, Illinois 60601
(312) 609-7500
agelman@vedderprice.com
cschiefelbein@vedderprice.com
wthorsness@vedderprice.com

Attorneys for Plaintiff
SIEMENS FINANCIAL SERVICES, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIEMENS FINANCIAL SERVICES, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALAMEDA COUNTY MEDICAL CENTER, a California hospital authority,<br><br>Defendant. | Case No. C 09-05110 EMC<br><br>JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND STAY FOR EARLY NEUTRAL EVALUATION<br><br>Honorable Edward M. Chen |

WHEREAS, the case is currently stayed by Court order and the parties desire to extend the stay as well as the Case Management Conference;

WHEREAS, based on the stay, the Court originally set a Case Management Conference for July 28, 2010, so that the parties could attempt to mediate a settlement;

WHEREAS, based upon a scheduling issue with the mediator's calendar, the Court has twice continued the Case Management Conference to October 27, 2010.

WHEREAS, counsel for the parties have participated in a formal Early Neutral Evaluation ("ENE") session and have agreed to exchange additional information to narrow or resolve the issues in this lawsuit;

WHEREAS, both sides feel that there are sufficient grounds for an informal resolution of some or all issues to ask the Court for an additional brief (30-day) extension of the Case Management Conference.

NOW, THEREFORE, the parties by their counsel hereby stipulate as follows:

1. The parties agree to continue to engage in the ENE mediation process;

2. The parties stipulate to continue the October 27, 2010 Case Management Conference and related dates including the stay for an additional 30 days, to a date that is convenient to the Court's calendar;

3. The parties agree informally to exchange any additional documents necessary to evaluate their respective positions and complete the Early Neutral Evaluation process; and

4. The parties further agree that this Stipulation is without prejudice to their seeking further extensions or stays in the event that they are necessary to allow the parties to explore amicable resolution of the litigation.

**IT IS SO STIPULATED:**

DATED: October 20, 2010

BUCHALTER NEMER,
A Professional Corporation

By: ___/s/ James B. Wright___
James B. Wright
Attorneys for Plaintiff
SIEMENS FINANCIAL SERVICES, INC.

Alameda County Medical Center

By: ___/s/ Mary Ellyn Gormley___
Mary Ellyn Gormley, Esq.

1  **[PROPOSED] ORDER**

2  **IT IS SO ORDERED.**

3  The Court hereby orders the case management conference, presently scheduled for
4  October 27, 2010, be continued to ___12/1___, 2010 at 2:30 P.m. on its calendar, and the case stayed
5  in the interim other than to comply with Case Management Conference deadlines.

6

7  DATED: ___10/21___, 2010    _____
                                 Magistrate Judge Edward M. Chen
8



IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen