| | |
|---|---|
| 1 | BUCHALTER NEMER, A PROFESSIONAL CORPORATION |
|   |    JAMES B. WRIGHT (SBN 063241) |
| 2 | 333 Market Street, 25th Floor |
|   | San Francisco, California 94105-2126 |
| 3 | Tel: (415) 227-3505 |
|   | Fax: (415) 227-3524 |
| 4 | jwright@buchalter.com |

Arlene N. Gelman (pro hac vice)
Chad A. Schiefelbein (pro hac vice)
William W. Thorsness (pro hac vice)
Vedder Price P.C.
222 North LaSalle Street, Suite 2600
Chicago, Illinois 60601
(312) 609-7500
agelman@vedderprice.com
cschiefelbein@vedderprice.com
wthorsness@vedderprice.com

Attorneys for Plaintiff
SIEMENS FINANCIAL SERVICES, INC.

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIEMENS FINANCIAL SERVICES, INC., a Delaware Corporation, | Case No. C 09-05110 EMC |
| | AMENDED |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND STAY FOR EARLY NEUTRAL EVALUATION** |
| v. | |
| ALAMEDA COUNTY MEDICAL CENTER, a California hospital authority, | Honorable Edward M. Chen |
| Defendant. | |

WHEREAS, the case is currently stayed by Court order and the parties desire to extend the stay as well as the Case Management Conference;

WHEREAS, based on the stay, the Court originally set a Case Management Conference for July 28, 2010, so that the parties could attempt to mediate a settlement;

1  WHEREAS, based upon prior Stipulations of the parties to resolve the terms of a tentative settlement, the Court graciously continued the Case Management Conference to December 1, 2010;

WHEREAS, both sides feel that there are sufficient grounds for an informal resolution of some or all issues to ask the Court for an additional 60-day extension of the Case Management Conference.

NOW, THEREFORE, the parties by their counsel hereby stipulate as follows:

1. The parties agree to continue to engage in the ENE mediation process;

2. The parties stipulate to continue the December 1, 2010 Case Management Conference and related dates including the stay for an additional 60 days, to a date that is convenient to the Court's calendar;

3. The parties agree informally to exchange any additional documents necessary to evaluate their respective positions and complete the Early Neutral Evaluation process; and

4. The parties further agree that this Stipulation is without prejudice to their seeking further extensions or stays in the event that they are necessary to allow the parties to explore amicable resolution of the litigation.

**IT IS SO STIPULATED:**

DATED: November 22, 2010          BUCHALTER NEMER,
                                   A Professional Corporation


                                   By:   */s/  James B. Wright*
                                            James B. Wright
                                         Attorneys for Plaintiff
                                   SIEMENS FINANCIAL SERVICES, INC.

                                   Alameda County Medical Center



                                   By:   */s/  Mary Ellyn Gormley*
                                          Mary Ellyn Gormley, Esq.

1 **[PROPOSED] ORDER**

2 **IT IS SO ORDERED.**

3 The Court hereby orders the case management conference, presently scheduled for December 1, 2010, be continued to ____2/16____, 2011 at ~~2:30p~~ 1:30 .m. on its calendar, and the case stayed in the interim other than to comply with Case Management Conference deadlines.

7 DATED: ____11/30____, 2010

_____
Magistrate Judge Edward M. Chen



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen